ORIGINAL

H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Defendant
AXA EQUITABLE LIFE INSURANCE COMPANY

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT

FAXED

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DIMETRI REYZIN, as Trustee of the A.L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. '08 CV 497 H JMA<br><br>**TABLE OF EXHIBITS IN SUPPORT OF COMPLAINT FOR DECLARATORY JUDGMENT** |

In accordance with Civil Local Rule 5.1(e), Plaintiff, AXA Equitable Life Insurance Company ("AXA Equitable"), submits the following compilation of exhibits in support of its Complaint for Declaratory Judgment.

///

///

///

///

///

///

# TABLE OF EXHIBITS TO COMPLAINT FOR DECLARATORY JUDGMENT

| | | |
|---|---|---|
| **Exhibit A** | The Application | Pages 1-7 |
| **Exhibit B** | The Policy | Pages 8-36 |
| **Exhibit C** | The Delivery Receipt | Pages 37 |
| **Exhibit D** | Complaint: *SEC v. Lydia Capital, LLC, et al.*, Civ. Action No. 1:07-10712-RGS | Pages 38-46 |
| **Exhibit E** | Amended SEC Complaint | Pages 47-79 |

Dated: March 17, 2008

H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

***Of Counsel***

STEPHEN C. BAKER
STEPHEN A. SERFASS
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700