H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DIMETRI REYZIN, as Trustee of the A. L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00497<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN II TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff, AXA Equitable Life Insurance Company ("AXA Equitable"), and Defendant, H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran"), hereby submit this Joint Motion for Extension of Time for Defendant H. Thomas Moran II to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 17, 2008, AXA Equitable filed its Complaint against Mr. Moran and Dimetri Reyzin, as Trustee of the A. L. Lancet Irrevocable Trust.
2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of

Summons and agreed to answer or otherwise respond to AXA Equitable's Complaint by May 27, 2008.

3. On May 2, 2008, counsel for Mr. Moran provided counsel for AXA Equitable with information in his possession relating to the underlying claims.

4. On May 8, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with information in its possession relating to the underlying claims.

5. Based on the information exchanged by AXA Equitable and Mr. Moran, AXA Equitable intends to amend its Complaint within the next thirty (30) days.

6. Furthermore, in order for AXA Equitable and Mr. Moran to further evaluate the underlying claims at issue in light of their exchange of information, AXA Equitable and Mr. Moran respectfully move this Court for an extension of thirty (30) days for Mr. Moran to answer or otherwise reply to AXA Equitable's Complaint.

7. Neither AXA Equitable nor Mr. Moran have previously moved for an extension of time for Mr. Moran to answer or otherwise respond to AXA Equitable's Complaint

/ / /

/ / /

/ / /

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

WHEREFORE, AXA Equitable Life Insurance Company and H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC, respectfully request this Court grant their Joint Motion for Extension of Time for Defendant H. Thomas Moran II to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated: May __, 2008

/s/ Shannon K. Emmons
RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648
E-mail: rvaldez@sllbv.com

MELVIN R. MCVAY
SHANNON K. EMMONS
Phillips McFall McCaffrey McVay & Murray PC
Corporate Tower
101 North Robinson
13th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
E-mail: mrmcvay@phillipsmcfall.com
E-mail: skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN II, Court-Appointed Receiver for Lydia Capital, LLC

/s/ S. Fey Epling
H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

***Of Counsel***
STEPHEN C. BAKER
STEPHEN A. SERFASS
BRADFORD P. BARRON
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700