UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DIMETRI REYZIN, as Trustee of the A.L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 08-CV-497-H (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN II TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court hereby orders that the time for H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC to answer or otherwise respond to plaintiff's complaint is extended for thirty (30) days.

**IT IS SO ORDERED.**

Dated: May 28, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT