H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DIMETRI REYZIN, as Trustee of the A.L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-497-H (JMA)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendant H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran"), hereby submit this Joint Motion for Extension of Time for Defendant Mr. Moran to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint in this action.
2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of Summons and agreed to answer or otherwise respond to AXA Equitable's

Complaint by May 27, 2008.

3. On May 1, 2008, counsel for Defendant H. Thomas Moran, II, Court- Appointed Receiver of Lydia Capital, LLC ("Mr. Moran"), provided counsel for AXA Equitable with information in his possession relating to the underlying claims.

4. On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with information in its possession relating to the underlying claims.

5. Based on the information exchanged by AXA Equitable and Mr. Moran, AXA Equitable intends to amend its Complaint.

6. In this light, and in order to allow the parties additional time to evaluate and discuss the underlying claims at issue, AXA Equitable and Mr. Moran respectfully move this Court for an extension until July 16, 2008 for Mr. Moran to answer or otherwise respond to AXA Equitable's Complaint.

7. AXA Equitable and Mr. Moran have previously requested a 30-day extension of time for Mr. Moran to answer or otherwise respond to AXA Equitable's Complaint, which was granted on May 28, 2008.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, AXA Equitable Life Insurance Company and H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC, respectfully request that the Court grant this Joint Motion for an extension until July 16, 2008 for Defendant H. Thomas Moran II to answer or otherwise respond to Plaintiff's Complaint.

Dated: June 26, 2008

/s/ Richard Max Valdez
RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648
E-mail: rvaldez@sllbv.com

MELVIN R. MCVAY
SHANNON K. EMMONS
Phillips McFall McCaffrey McVay & Murray PC
Corporate Tower
101 North Robinson
13th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
E-mail: mrmcvay@phillipsmcfall.com
E-mail: skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN II, Court-Appointed Receiver for Lydia Capital, LLC

/s/ S. Fey Epling
H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

***Of Counsel***

STEPHEN C. BAKER
STEPHEN A. SERFASS
BRADFORD P. BARRON
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700