UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and and DIMETRI REYZIN, as Trustee of the A.L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-497-H (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN II TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court hereby orders that the time for H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC, to answer or otherwise respond to plaintiff's complaint is extended until July 16, 2008.

**IT IS SO ORDERED.**

Dated: July 7, 2008

Hon. MARILYN L. HUFF
United States District Court,
Southern District of California