UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and and DIMETRI REYZIN, as Trustee of the A.L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-497-H (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT DIMETRI REYZIN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court hereby orders that the time for Dimetri Reyzin, to answer or otherwise respond to plaintiff's complaint is extended until July 16, 2008.

**IT IS SO ORDERED.**

Dated: July 7, 2008

Marilyn L. Huff

Hon. MARILYN L. HUFF
United States District Court,
Southern District of California