**UNITED STATES DISTRICT COURT OF CALIFORNIA**
**SOUTHERN DISTRICT**

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DIMETRI REYZIN, as Trustee of the A. L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00497<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN II AND DIMETRI REYZIN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION FOR THE PARTIES, the Court hereby orders that the time for H. Thomas Moran, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and Dimetri Reyzin, as Trustee of the A. L. Lancet Irrevocable Trust to answer or otherwise respond to Plaintiff AXA Equitable Life Insurance Company's Complaint is extended until September 12, 2008.

**IT IS SO ORDERED**

Dated: September 3, 2008

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT