MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
Email: Mrmcvay@phillipsmcfall.com
Skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN, II, Court-Appointed
Receiver of LYDIA CAPITAL, LLC

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DIMETRI REYZIN, as Trustee of the A. L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00497<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN II AND DIMETRI REYZIN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendants H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran") and Dimetri Reyzin ("Mr. Reyzin") hereby submit this Joint Motion for Extension of Time for Defendants Mr. Moran and Mr. Reyzin to Answer or Otherwise Respond to Plaintiff's Complaint, from September 12, 2006 to September 26, 2008, and in support thereof, aver as follow:

1. On September 4, 2008, the parties met to discuss settlement of this matter. AXA and the Receiver have reached a tentative settlement agreement and are in the process of negotiating the terms of the settlement agreement.
2. In this light, and in order to allow the parties additional time to conclude their negotiations, AXA Equitable, Mr. Moran, and Mr. Reyzin respectfully move this Court for an extension until September 26, 2008 for Mr. Moran and Mr. Reyzin to answer or otherwise respond to AXA Equitable's Complaint.
3. AXA Equitable, Mr. Moran and Mr. Reyzin have previously requested, and the Court has granted, extensions for the defendants to answer or otherwise respond to AXA Equitable's Complaint.

WHEREFORE, AXA Equitable Life Insurance Company, Mr. Moran, and Mr. Reyzin respectfully request that the Court grant this Joint Motion for an extension until September 26, 2008 for Defendants Mr. Moran and Mr. Reyzine to answer or otherwise respond to Plaintiff's Complaint.

Dated: September 11, 2008

*/s/ David A. Veljovich*
David A. Veljovich, Esq.
VELJOVICH LAW GROUP
701 Palomar Airport Road, Ste. 300
Carlsbad, CA 92011
TEL (760) 931-5680
FAX (760) 454-2431

*/s/ S. Fey Epling*
H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

***Of Counsel***
STEPHEN C. BAKER
STEPHEN A. SERFASS
JARROD D. SHAW
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

*s/ Shannon K. Emmons*
MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
Email: Mrmcvay@phillipsmcfall.com
Skemmons@phillipsmcfall.com

and

RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648

Attorneys for Defendant
H. THOMAS MORAN II, Court-Appointed Receiver for Lydia Capital, LLC

I, Shannon Emmons, am the ECF User whose identification and password are being used to file this Joint Motion for Extension of Time. In compliance with Electronic Case Filing Administrative Policies and Procedures Manual Section 2, f. 4., I hereby attest that S. Fey Epling and David A. Veljovich have concurred in this filing.

September 11, 2008

*s/ Shannon K. Emmons*
skemmons@phillipsmcfall.com

00339856.DOC