**UNITED STATES DISTRICT COURT OF CALIFORNIA**
**SOUTHERN DISTRICT**

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DIMETRI REYZIN, as Trustee of the A. L. Lancet Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00497<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN II AND DIMETRI REYZIN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION FOR THE PARTIES, the Court hereby orders that the time for H. Thomas Moran, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and Dimetri Reyzin, to answer or otherwise respond to Plaintiff AXA Equitable Life Insurance Company's Complaint is extended until September 26, 2008.

**IT IS SO ORDERED**

Dated: September 12, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT